**IT IS SO ORDERED.**

**Dated: 02:09 PM August 20 2010**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-51669 |
| | ) | |
| BETTY L. OWENS | ) | Chapter 7 |
| | ) | |
| SSN: XXX-XX-8984 | ) | Judge SHEA-STONUM |
| | ) | |
| | ) | |
| Debtor | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>U.S. BANK, N.A. FOR RELIEF FROM</u> |
| | ) | <u>STAY <AND ABANDONMENT></u> |
| | ) | <ADDRESS OF REAL PROPERTY |
| | ) | 4660 DALE STREET |
| | ) | NORTON, OH 44203-5851 |

    This matter came before the Court on the Motion for Relief from Stay <and Abandonment> (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket 12). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons,

it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 4660 Dale Street, Norton, OH 44203-5851.

# # #

SUBMITTED BY:

LAURITO & LAURITO, L.L.C.

_/s/ Erin M. Laurito_____
Erin M. Laurito (0075531)
Attorney for Plaintiff
7550 Paragon Road
Dayton, OH 45459
937/743-4878 (telephone)
937/743-4877 (facsimile)
www.lauritoandlaurito.com
dleonard@lauritolaw.com

COPIES TO:

Betty L. Owens, Debtor
4660 Dale Street
Norton, OH 44203
(Served via U.S. Mail)

Joy S. Wagner, Attorney for Debtor
507 W. Park Ave.
Baberton, OH 44203
(Served via ECF Noticing)

Harold A. Corzin, Trustee
304 N. Cleveland-Massillon Rd.
Commonwealth Square
Akron, OH 44333
(Served via ECF Noticing)

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Served via ECF Noticing)

Laurito & Laurito, LLC
7550 Paragon Road
Dayton, OH 45459
(Served via ECF Noticing)